13-0079SAG

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

THE PREMISES KNOWN AS:

CASE NUMBER:

**1413 Mariner Drive
Arnold, Maryland 21012**

**13-0079SAG**

TO:   DEA Task Force Officer Matthew Wires,
      and any Authorized Officer of the United States

Affidavit(s) having been made before me by Task Force Officer Matthew Wires, who has reason to believe that on the premises known as (name, description and or location)

**1413 Mariner Drive, Arnold, Maryland 21012,** further described as a single home located at the corner of Mariner Drive and Bosun Road. It is a split foyer, with gray siding and red brick. The front door is white, has a storm door, and opens right to left. There are six windows across the top floor and four ground/ basement windows. There is a driveway to left side of residence. The rear of the residence has a deck with steps leading up from the yard. There is a sliding door to the rear of the house accessed from the deck. There are four windows across the rear of the residence. While facing the front of the house, the side to the left, has a white basement door, and two second floor windows.

- in the District of Maryland, there is now concealed a certain person or property, namely (describe the person or property) - See Attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

I further find, based on the facts set forth in the Affidavit submitted herewith, that specific facts have been set forth which justify agents and officers entering into the locations, for purposes of executing the search warrant.

YOU ARE HEREBY COMMANDED to search on or before __1/28/13__
                                              Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Stephanie A. Gallagher, U.S. Magistrate Judge, as required by law.

__1/14/13__   at Baltimore, Maryland
Date and Time Issued
__11:13 am__

The Honorable Stephanie A. Gallagher
United States Magistrate Judge

(#17) AUSAs Carey/Smith

| | RETURN | |
|---|---|---|
| DATE WARRANT RECEIVED<br>1-14-13 | DATE AND TIME WARRANT EXECUTED<br>1-15-13   0600 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Alexendros Lineberry |

INVENTORY MADE IN THE PRESENCE OF   Alexendros Lineberry

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached

13-0079SAG

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____          _____
U.S Judge or Magistrate                              Date

**Alexandros Limberry**
**1431 Mariner Drive, Arnold, MD**

**EVIDENCE:**

A. <u>Basement Bedroom</u>
1. Huawei Cell phone S/N 2547 (Location: Left side entertainment center)
2. Huawei Cell phone S/N 2502 (Location: Left side entertainment center)
3. Bench Warrant paperwork – David Owens ( Location: entertainment center left side)
4. Polaroid of male w/ 3 girls (Location: entertainment center right side)
5. HoCo correction paper (Location: entertainment center right side)
6. Paper w/ phone numbers (Location: entertainment center right side)
7. Public defender paperwork (Location: entertainment center right side)
8. Box of financial documents – housing (Location: corner of bedroom behind door)
9. Sandwich bags (Location: dresser top)
10. Storage bags (Location: dresser top)
11. Eigh Ax scale – black (Location: top left dresser drawer)
12. AWS scale (Location: top left dresser drawer)
13. Silver digital scale (Location: top left dresser drawer)
14. Fed ex shipping cards Qty. 2 (Location: top left dresser drawer)
15. Silver Scale – Digiweigh (Location: top right dresser drawer)
16. Photo of male suspect (Location: top right dresser drawer)
17. 2012 calendar / address book (Location: top right dresser drawer)
18. Red bottle w/ white powder (Location: middle left dresser drawer)
19. Tupperware lid w/ white powder (Location: middle left dresser drawer)
20. Black Binder – Court records name of David Owens (Location: middle dresser drawer)
21. ITT document – Dave Owens (Location: white book shelf)
22. Black spiral notebook – money ledger w/ paperwork (Location: box on white book shelf)
23. Bag containing three bags of suspected Marihuana (Location: Blue tote in front of closet)
24. Documents name of Sabrina Tasker blue file folder (Location: Blue tote in front of closet)
25. Bag containing white powder substance (Location: interior of plant pot)
26. Samsung Cell phone w/ charger  Hex 4D12 (Location: Black safe in closet)
27. Motorola Cell phone w/ charger   Msn – 4KFQ (Location: Black safe in closet)
28. Heat sealer (Location: closet)
29. Oxycodone RX bottle – Terrell Mazycz (Location: closet)
30. Box of receipts (store, airline, etc.) (Location: bookshelf by closet)
31. Box of photographs (Location: on top 2nd dresser)
32. LG cell phone S/N 9234 (Location: White shelving unit)
33. Black digital scale Qty 2 (Location: White shelving unit)
34. AWS scale (Location: Toolbox)
35. Blue calendar book w/ meet dates (Location: Nightstand)
36. Two micro cassettes (Location: Nightstand)

37. Black I-phone  IC ID A1241  (Location: Located in pink purse)
38. $206.00  (Located in pink purse)
39. Court documents  (Location: Desk drawer under A/C unit)

B. Main Basement Living Area
40. Tax documents – David Owens  (Location: Table top)
41. Birth Certificate – David Owens  (Location: Table top)
42. M&T bank notice  (Location: Table top)
43. Collection letter  (Location: Table top)
44. Social Security Admin letter  (Location: Table top)
45. SD Memory Stick  (Location: Left drawer office desk)
46. Stack of CD's / DVD's  (Location: Top left shelf office desk)
47. Dell Laptop  FCC#E2K24CLNS  (Location: Key board shelf office desk)
48. Dell desktop computer  BKTJV4CTFYPWK2H  (Location: Bottom left computer drawer)
49. Binder – financial document – David Owens  (Location: Desktop)
50. Fed ex shipping card  (Location: Under couch cushion)
51. All Access Visa cards Qty. 2  (Location: Under couch)
52. Netspeed Visa  (Location: Under couch)
53. Ziploc bag w/ green plant matter suspected marihuana  (Location: Coffee table)
54. Phone battery – Samsung  (Location: Black coat- belonging to Hammond)
55. AT&T sim card  (Location: Black coat- belonging to Hammond)
56. Wal-Mart money card  (Location: Black coat belonging to Hammond)
57. Samsung cell phone w/ charger  (Location: End table)
58. T-mobile cell phone  (Location: End table)
59. Visa Check card – David Owens  (Location: End table)
60. Huawei cell phone – white back  (Location: Floor in front of couch)
61. Black I-phone 5 w/ charger  (Location: Top of Credenza)
62. Visa – Alexandros Limeberry (Location: Drawer of end table)

C. Back Basement Storage Area
63. Fed ex shipping card  (Location: Half wall shelve)

D. Upper Right Bedroom
   Nothing taken
E. Kids room – middle bedroom
64. Samsung cell phone  (Location: Bedroom floor)
F. Left Bedroom
   Nothing Taken
G. Kitchen
   Nothing Taken
H. Master Bedroom
   Nothing Taken
I. Cadillac Escalade – VA  K7344
65. Three paycheck stubs – A. Limeberry (Location: Center Console)
66. $12.00 (Location: Center Console)
J. Alexandros Limeberry
67. Rolex Watch  * TOT DEA  (Location: Person)

68. Letter w/ phone number  (Location:  Person left front pants pocket)
69. $38.00  (Location: Person left front pants pocket)